acceptable attire for work can contact their supervisor or the Director of Human Resources for clarification.

Nothing in this Dress Code and Appearance section is intended to discriminate against an employee's sincerely held religious beliefs or practices, disability, or any other basis protected by applicable law. Employees who may need an accommodation based on a sincerely held religious belief or practice, disability, or any other basis protected by applicable law can contact the Director of Human Resources.

If an employee's appearance fails to meet the standards outlined above, as determined in the Company's sole discretion, the employee may be sent home (without pay, if applicable and permitted by applicable law). Further violation of this Dress Code and Appearance section may result in disciplinary action, up to and including discharge.

**SMOKING**

Smoking, including use of e-cigarettes, vaping devices and similar electronics devices, is <u>prohibited</u> at all times in all areas of our facilities, including private offices. Compliance with this Smoking section of the Handbook is mandatory for all employees and persons visiting the Company, with no exceptions. Employees who violate this Smoking section may be subject to disciplinary action. Any disputes involving smoking and any employees with questions should discuss their issues/concerns with the Director of Human Resources. Employees will not be subject to retaliation for reporting violations of this Smoking section in good faith.

**INSPECTIONS**

The Company reserves the right to require employees on Company property to agree to the inspection of their person, personal possessions, property, a personal vehicle parked on Company property, and work areas, to the maximum extent permitted by applicable law. This includes lockers, vehicles, desks, cabinets, work stations, packages, handbags, briefcases, and other personal possessions or places of concealment, as well as personal mail sent to the Company. Employees are expected to cooperate in the conduct of any search or inspection. Searches of Company facilities and property, including Company property in the possession of the employee, may be conducted at any time and do not have to be based upon reason to believe Company policy is being violated. Employees are expected to cooperate in the conduct of any search or inspection. **<u>Employees should have no expectation of privacy in any personal items</u> <u>brought into the workplace or in any Company work area or property used by the</u> <u>employee, whether or not locked with an employee or Company lock.</u>**

**CONFIDENTIALITY**

The relationships Gelber maintains with its employees entail the utmost trust and confidence. Confidential information is generally defined in the Gelber Employee Non-Compete and Non-Disclosure Agreement, and includes, but is not limited to: Automated Systems and Trading Strategies, including testing methods and results; computer programs, processes and software source and object rules, trading algorithms or formulae, data and systems; lists of products, instruments, and markets traded by Gelber; the existence and terms of Gelber's contractual relationships; and Gelber financial information not available to the general public. Employees

must refrain from discussing confidential information of Gelber with anyone outside the Company, including friends, relatives and acquaintances. The importance of preserving the confidentiality of such information cannot be overemphasized. Employees found disclosing confidential information may be subject to discipline up to and including immediate termination.

**ELECTRONIC MEDIA AND SERVICES**

Employees may have access to various of the Company's electronic media and services for conducting Company business including, but not limited to, computers, cell phones, mobile radios, pagers, electronic mail ("e-mail"), instant messaging, voice mail, the internet, telephones, fax machines, external electronic bulletin boards, wire services, on-line services, internet telephone, news groups, file transfer protocol (FTP), intranet, internet, relay char (IRC) or similar "chat rooms," remote host access (Telnet or TN 3270) (collectively, "systems"). The Company maintains these systems to assist in the conduct of business within the Company.

The systems referenced above are provided for the conduct of Company business. These systems are considered to be Company property. All messages, voice mails, files or other electronic information created, sent, or received on Gelber's systems are the property of Gelber, except as otherwise provided under applicable law. They are not the private property of any individual. It is recognized that, for convenience, system users may want to retain a limited amount of personal information within the Company's systems and that they will receive personal e-mail and voice mail messages from time to time. This is acceptable, provided that the amount of information and messages is not excessive and that the system user understands that all information or messages in the systems or networks becomes the property of Gelber (except as otherwise provided under applicable law) and is subject to all the provisions of this Electronic Media and Services section of the Handbook. To the extent employees use personal cell phones at work or make personal calls using Gelber's telephones, such usage must not be excessive, must not interfere with performance or operations, and must not violate any Company policy or applicable law.

E-mail messages, instant messages ("IMs"), voice mail messages and documents on the Company's systems should conform to the same standards as any other Company correspondence or business materials regarding content.

Gelber reserves the right, in accordance with applicable laws, to access, review and audit all messages, files, documents, voice mails, internet usage, and other electronic information created, received, or sent over Gelber's systems and to monitor and record telephone calls made or received on Gelber's systems in accordance with applicable law. The contents of the electronic information may be disclosed, in accordance with applicable law, as necessary for legal or other business purposes judged appropriate by Company management, without the permission of the system user. Use of Company systems constitutes consent to Gelber's monitoring, recording, accessing, reviewing and/or auditing of all information created, received or sent over the systems or networks. The reasons for which the Company may obtain such access include but are not limited to: cost analysis/allocation; monitoring service quality control; education or training; internal research; preventing or investigating allegations of system abuse or misuse; protection of Gelber's systems and business generally, including Gelber's confidential information; compliance with federal, state and local laws, governmental regulatory agencies, industry self-regulatory entities, financial Exchanges, and Gelber policies and other reasons; and ensuring that Company operations continue appropriately during an employee's absence.