**From:** Maria Kappel <mkappel@gelbergroup.com>
**Sent:** Tuesday, September 2, 2025 10:14 AM
**To:** jaacobl@g.ucla.edu <jaacobl@g.ucla.edu>
**Subject:** HR Exit Information

Jacob,

I understand you are leaving Gelber as of today. Attached are the following documents which provide important information to assist your transition.

- Gelber Employee Agreement
- General FAQ for Departing Employees
- COBRA General Notice
- Guardian Life Insurance Portability Information

Carefully read your Employment Agreement (attached here). In particular, please review Section **3. Notice, Non-Competition and Non-Solicitation.** This section outlines important obligations that apply during and after employment.

If you have any questions about its meaning or implications, please reach out to me at mkappel@gelbergroup.com.

Regards,

Maria



Maria Kappel
Director of Human Resources
Gelber Group, LLC

350 North Orleans, 10$^h$ Floor, Chicago, IL 60654
Office: +1.312.663.4187
Mobile: +1.312.504.8868
Email: mkappel@gelbergroup.com