

**Information for Departing Gelber Employees**

As you have terminated or will be terminating your employment with Gelber Group, please carefully review this information document as it will address questions you may have related to your transition from Gelber employment.

**Update Home Address, Phone and Email**

Log into [Paylocity](#) to verity your home phone, address and personal email on file are up to date to ensure the timely delivery of W2, tax and applicable benefits-related information. If you need assistance with your [Paylocity](#) login credentials, please email [HR@gelbergroup.com](mailto:HR@gelbergroup.com).

**Final Pay and Access to Payroll/Tax Records**

Your final pay, up to and including your last day of employment, and if applicable, payout of accrued, unused vacation days, will be processed on our standard payroll schedule by the direct deposit. You will continue to be able to access your paystubs and year-end tax information on [Paylocity](#) after your employment with Gelber has terminated.

**Personal Brokerage Statement/Duplicate Trade Confirmation**

It is important that you immediately contact any brokerage that you work with and instruct them to stop sending your personal and confidential trading and account information to Gelber. This request must be made by you as the account holder, and it is recommended that you do this immediately. Contact [Compliance@gelbergroup.com](mailto:Compliance@gelbergroup.com) with questions.

**Gelber Employee Non-Compete and Non-Disclosure Agreement**

If you are covered by the Gelber Non-Compete and Non-Disclosure Agreement, please review that important document and note any questions that you have about how it applies to you.

**Return of Gelber Equipment and Property**

You are required to return all Gelber equipment upon termination of employment. Please contact [infra@gelbergroup.com](mailto:infra@gelbergroup.com) and/or your manager to address the disposition and return of any Gelber equipment remaining in your possession. Additionally, please work with your manager to ensure the return of any documents/confidential information.



**Health Benefits**

If you are covered by Gelber health insurance, your coverage will end on the last day of the month in which your employment terminates. You may have the ability to continue your benefits coverage for a limited time under the provisions of COBRA. You would be responsible for the timely payment of the full premium cost. Information related to benefits continuation rights under COBRA will be sent to you from our administrator at the home mailing address on file.

***COBRA medical coverage alternative: If you are interested in seeking coverage in the Marketplace under the Affordable Care Act (ACA), where you might be eligible to enroll in a potentially lower cost option, please use this website to learn more about your opportunities: https://www.healthcare.gov/***

**Flexible Spending Account Plan (Medical FSA and/or Dependent Care FSA)**

If you participated in the Gelber Flexible Spending Account (FSA) Plan, you can submit claims for reimbursement of eligible expenses that were incurred on or before your last day of employment. You should submit any claims for reimbursement as soon as practicable and no later than March 31st **of the following year**. Any funds remaining after this date will be forfeited. Log into Benefit Resource (BRI) BRI to access your account or contact BRI at by phone at 1-800-473-9595 or by email at ParticipantServices@BenefitResource.com for additional information or assistance.

**Commuter Benefits**

If you participated in the Commuter Benefits program (pre-tax payment of qualified transit or parking expenses), you have 30 days following your termination date to utilize these funds. Any funds remaining after this time will be forfeited. Log into Benefit Resource (BRI) BRI to access your account or contact BRI at by phone at 1-800-473-9595 or by email at ParticipantServices@BenefitResource.com for additional information or assistance.

401(k) Plan

If you participated in the Gelber 401(k) Plan, and your vested account balance is greater than $5,000 you may defer receipt of a distribution to a later date, however, you will no longer be eligible to contribute to the Plan. If your employment terminates you may elect to receive a distribution of your vested Account balance from the Plan.

Vested Balance Below $1,000 - A vested account balance of less than $1,000 will automatically be distributed to you as a lump.

Vested Balance Between $1,000 and $5,000 - If your vested account balance is less than $5,000, any amount exceeding $1,000, will be distributed to an Individual Retirement Account or Annuity ("IRA") for



your benefit. Prior to such distribution you have the right to request that the amount be distributed directly to you as a as lump sum payment or as a rollover distribution.

Questions or need assistance with 401k, contact Fidelity [Fidelity 401K Account Login](#) or by phone at 800-835-5097.

**Health Club Membership**

Any Gelber-sponsored health club membership will end upon your employment termination. If you desire to continue your membership, you should contact club management directly and request assistance to change your membership status.

**Employment Verification and Social Media Representation**

If you have any future need for Gelber to provide an Employment Verification on your behalf, please direct inquiries to be sent via email to [HR@gebergroup.com](mailto:HR@gebergroup.com). Information shared is limited to dates of employment and last position held, unless written authorization is received.

We want to remind you to update any references to your Gelber employment in social media sites controlled by you (such as a LinkedIn profile) to ensure you do not represent yourself as continuing to be employed by Gelber.

**State Unemployment Information**

Information related to Unemployment Insurance, when required to be given to departing employees, will be provided with this information document.

**Life Insurance Portability/Conversion Opportunity**

As a Gelber employee, you were covered by Life Insurance coverage that ends on your last day of employment. If you are interested in porting your coverage to a Term Life policy or converting your coverage to a Whole Life policy, please contact Guardian at [national_conversions@glic.com](mailto:national_conversions@glic.com) or call 800-433-5982, extension 5696 immediately, as this option may not be available 31 days after your termination of Gelber group coverage. Additional information can be found in the attached "Portability and Conversion FAQs" provided with this information document.

Questions, please contact [HR@gelbergroup.com](mailto:HR@gelbergroup.com).