

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

155 N. Wacker Drive
Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
www.ogletree.com

Jeffrey L. Rudd
312.219.6050
jeffrey.rudd@ogletree.com

September 6, 2025

**By Electronic Mail**

Jung (Jacob) Yup Lee
301 Guest St., Apt. 326
Boston, MA 02134
jaacobl@g.ucla.edu

Re: Gelber Group LLC

Mr. Lee:

Please be advised that Gelber Group LLC ("Gelber") has retained Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") to represent Gelber's interests in connection with your employment with, and separation from, Gelber. All future correspondence regarding this matter should be directed to my attention. If you retain counsel, please ensure that your attorney directs all such correspondence to my attention.

Following your resignation, Gelber discovered that you sent confidential data and information to personal accounts, including, but not limited to, files containing the source code for Gelber's trading algorithms that you sent to your personal e-mail account on or about April 28, 2025 and July 24, 2025. In an apparent effort to hide this misconduct, you appear to have deleted these communications, including deleting the messages containing Gelber's source code from your work e-mail in July and August 2025. Gelber's investigation into your misconduct continues.

These e-mail communications evidence that you have misappropriated Gelber's confidential and trade secret information in violation of the Illinois and Massachusetts Uniform Trade Secrets Acts and your Gelber Employee Agreement, a copy of which was provided to you by Maria Kappel on September 2, 2025. This conduct may also constitute a violation of your fiduciary duties to Gelber. Given that you deleted the messages containing Gelber's source code shortly before your resignation and your failure to report that you had previously sent these messages to your personal e-mail, Gelber is understandably concerned that you intend to utilize its confidential and trade secret information for the benefit of yourself and/or a future employer.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

In light of the above, Gelber requires that you provide a written response to this correspondence no later than **5:00 pm CT on Wednesday, September 10, 2025**, in which you:

- Confirm that you are willing to work with Gelber to identify all Gelber information and documents that may be in your possession, custody, or control and engage in a cooperative process through which all such information and documents are returned to Gelber or destroyed;
- Confirm that you will make any electronic devices in your possession, custody, or control and any accounts capable of storing electronic data or information (including, but not limited to, your personal e-mail account) available for forensic review and/or examination to determine if they contain any documents or information belonging to Gelber, including any confidential or trade secret information;
- Describe each and every instance in which you have disclosed documents or information belonging to Gelber, including any confidential or trade secret information, to any person outside of Gelber or to any entity other than Gelber;
- Describe each and every instance in which you have used documents or information belonging to Gelber, including any confidential or trade secret information, for any purpose other than the performance of legitimate job duties on behalf of Gelber; and
- Identify all records, documents, or items in your possession, custody, or control that contain any information belonging to Gelber, including any confidential or trade secret information.

If we do not receive these written assurances, Gelber is prepared to pursue all available remedies to protect its interests, including filing a lawsuit against you for breach of contract and for misappropriation of trade secrets.

Also, we understand that you may possess Gelber equipment. Any Gelber equipment or other property in your possession must be promptly returned and should not be accessed, altered, or modified in any way before their return. Please advise if you have any such Gelber equipment, and Gelber will send you prepaid packaging labels to facilitate their return.

Until this situation is resolved, you and anyone acting in concert with you must preserve and not destroy any documents or electronic files, including e-mails and text messages, relating or referring to:

- Gelber's documents or information, including any confidential or trade secret information and any information relating to Gelber's source code and/or trading algorithms; and
- Communications and documents regarding your work or prospective work with any other competing business(es).

All such records must be maintained in their current form and not be altered or modified in any manner. You must immediately suspend deletion, overwriting, or any other possible destruction of electronic information or hard copies of documents. This includes but is not limited to: e-mail and other electronic communications; word processing documents; excel sheets; databases; calendars; telephone logs; contact information; internet usage files; offline storage or information stored on removable media; information contained on laptops or other portable devices; and network access

information.  You are prohibited from tampering with or destroying any and all potential evidence relevant to disputes between Gelber and you, and Gelber reserves all rights it may have in the event of any violation of the foregoing.

If you fail to provide written confirmation that you will comply with the foregoing by **5:00 pm CT on Wednesday, September 10, 2025**, Gelber will have no choice but to protect its rights via legal process.  Nothing in this letter constitutes a waiver of Gelber's rights, and all rights and remedies are expressly reserved.

    Sincerely,

    **OGLETREE, DEAKINS, NASH,**
    **SMOAK & STEWART, P.C.**

By:    */s/ Jeffrey L. Rudd*
        Jeffrey L. Rudd