Raphael B. Hirsch, Esq.
Admitted in: MA &
U.S. Dist. Court for MA
rhirsch@rbhlawgroup.com



**RBH LAW GROUP** PLLC

1660 Soldiers Field Road
Suite 7 #1073
Boston, MA 02135
857.500.7400

September 8, 2025

<u>By Electronic Mail</u>

Jeffrey L. Rudd
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
155 N. Wacker Drive
Suite 4300
Chicago, IL 60606

Re:     Gelber Group LLC Cease and Desist Letter to Jacob Lee 9.6.25

Dear Attorney Rudd,

Please be advised that RBH Law Group PLLC represents Mr. Jacob Lee ("Mr. Lee"), formerly employed by Gelber Group LLC ("Gelber"), regarding his recent departure from Gelber. As such, I am both formally and timely responding to your Cease-and-Desist letter directed to Mr. Lee, dated as 9.6.25. Mr. Lee provides the following written responses in-line with your demands from the aforementioned Cease-and-Desist letter:

- Mr. Lee confirms that he is willing to work with Gelber to identify all Gelber information and documents that might be in his possession, custody, or control and engage in a cooperative process through which all such information and documents are returned to Gelber or destroyed;

- Mr. Lee confirms that he will make any electronic devices in his possession, custody, or control and any accounts capable of storing electronic data or information (including, but not limited to, his e-mail account) available for forensic review and/or examination to determine if they contain any documents or information belonging to Gelber, including any confidential or trade secret information;

- Mr. Lee describes each and every instance in which he could have disclosed documents or information belonging to Gelber, including any confidential or trade secret information, to any person outside of Gelber or to any entity other than Gelber below;

1) On or about August 15, 2025 Mr. Lee could have shared his personal share and group profit and loss statements from 2024, and 2025 to Abhiram Vijayasarathy, Chief Executive Officer of Sharada Capital Management, via electronic mail;

2) On or about July 31, 2025 Mr. Lee could have shared his personal share and group profit and loss and strategy statements to Ksenia Saltykova, via electronic mail, Head of Recruitment at MA Capital; and,

3) On or about April and July of 2025, Mr. Lee could have used Slack Messenger to send to himself, code to work on from his offline personal computer in furtherance and in the scope of working for Gelber.

- Mr. Lee describes each and every instance in which he could have used documents or information belonging to Gelber, including any confidential or trade secret information, for any purpose other than the performance of legitimate job duties on behalf of Gelber as the preceding paragraph's numerical actions [(1)-(3)] incorporated by reference herein;

- Mr. Lee Identifies all records, documents, or items in his possession, custody, or control that contain information belonging to Gelber, including any confidential or trade secret information, as the emails referred to and referenced above, incorporated by reference herein.

In addition to the above-mentioned information, Mr. Lee acknowledges the non-spoilation of evidence clause in your Cease-and-Desist letter dated 9.6.25. Mr. Lee also might have a headset from three years ago, that could belong to Gelber. Mr. Lee denies having any other Gelber property in his possession. Please accept this written confirmation letter as compliance with the instant Cease-and-Desist letter in question. Thank you kindly.

Sincerely,

*/s/Raphael B. Hirsch*
_____
Raphael B. Hirsch, Esq.
Attorney for Jacob Lee
RBH Law Group PLLC
1660 Soldiers Field Road
Suite 7 #1073
Boston, MA 02135
rhirsch@rbhlawgroup.com
Tel. 857.500.7400

cc: Mr. Jacob Lee