**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GELBER GROUP, LLC | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-15267 |
| | ) |
| JUNG (JACOB) YUP LEE, | ) Judge Georgia N. Alexakis |
| | ) |
| Defendant. | ) Magistrate Judge Maria Valdez |
| | ) |

**JOINT MOTION FOR ENTRY
OF AN AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

Plaintiff Gelber Group, LLC ("Gelber") and Defendant Jung (Jacob) Yup Lee ("Lee") (collectively, the "Parties"), by and through their respective counsel, hereby file this Joint Motion for Entry of an Agreed Permanent Injunction and Order of Dismissal requesting that the Court enter the Parties' Agreed Permanent Injunction and Order of Dismissal attached hereto as Exhibit A. In support of this Joint Motion, the Parties state as follows:

1. The Parties have resolved their differences and no longer desire to prosecute this action. The Parties' resolution includes an agreement to the permanent injunctive relief and order of dismissal as set forth in the Parties' Agreed Permanent Injunction and Order of Dismissal attached hereto as Exhibit A. Therefore, the Parties request that the Court issue an Agreed Permanent Injunction and Order of Dismissal in accordance with the agreement of the Parties.

THEREFORE, for the reasons stated above, the Parties request that the Court issue an order in the form of Exhibit A attached hereto and dismiss this matter with prejudice.

1

Respectfully submitted,

DATED: July 17, 2026

Respectfully submitted,

/s/ Shawn D. Fabian
Shawn D. Fabian
Victoria W. Hubona
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Phone: (312) 499-6308
*sfabian@sheppard.com*
*vhubona@sheppard.com*

/s/ Jeffrey L. Rudd
Jeffrey L. Rudd, ARDC #6273373
Danielle A. Maldonado, ARDC #633009
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
*jeffrey.rudd@ogletree.com*
*danielle.maldonado@ogletree.com*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certified that on the 17th day of July 2026, he electronically filed the foregoing ***Joint Motion for Entry of an Agreed Permanent Injunction and Order of Dismissal*** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Shawn D. Fabian
Victoria W. Hubona
**Sheppard Mullin Richter & Hampton LLP**
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Phone: (312) 499-6308
*sfabian@sheppard.com*
*vhubona@sheppard.com*

*/s/ Jeffrey L. Rudd*___
Jeffrey L. Rudd

3

**Exhibit A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GELBER GROUP, LLC

          Plaintiff,

          v.

JUNG (JACOB) YUP LEE,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-15267

Judge Georgia N. Alexakis

Magistrate Judge Maria Valdez

**PARTIES' AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

Plaintiff Gelber Group, LLC ("Gelber") and Defendant Jung (Jacob) Yup Lee ("Lee") (collectively, the "Parties"), by and through their counsel, enter into this Agreed Permanent Injunction (the "Injunction") and Order of Dismissal. Defendant Lee agrees to, and the Court therefore orders, as follows:

WHEREAS, the Parties have resolved this litigation and wish to enter the Injunction articulated below.

WHEREAS, the Parties agree to waive any requirement for a bond for this Injunction.

WHEREAS, the Parties have further agreed that this Injunction meets the requirements of the law, including Rule 65 of the Federal Rules of Civil Procedure, and is enforceable.

By agreeing to this Injunction, the Parties jointly and respectfully stipulate and request that this Court enter this Injunction.

IT IS THEREFORE ORDERED as follows:

1. Defendant Lee has returned to Gelber and does not have in his possession, custody, or control any of Gelber's Confidential Information. Defendant Lee further will not, directly or

4

indirectly, use, disclose, or misappropriate any of Gelber's Confidential Information. The term "Confidential Information" means all Trade Secrets[1] and other information, whether in oral, written, electronic or other form, that (a) was disclosed to Lee or of which Lee became aware as a consequence of or through Lee's employment with Gelber; (b) is not generally known outside of Gelber; (c) has value to Gelber; and (d) relates to the business of Gelber. "Confidential Information" expressly includes the source code for Gelber's algorithmic trading strategy known as Meld and any other documents or information related to Meld, such as research files, reference data, and performance data.

2.      The Court finds the limited restrictions of this Injunction to be reasonable, valid, and enforceable.

3.      The Court shall retain jurisdiction over this action for the purpose of implementing and enforcing this Injunction, and Gelber and Lee consent to the personal and subject matter jurisdiction of this Court.

4.      This Injunction is and shall be binding on Gelber and Lee and their successors, assigns, and heirs.

5.      Gelber's claims against Lee in this case are hereby dismissed with prejudice.

6.      Each Party shall bear its or his own expenses, attorneys' fees, and costs.

7.      There shall be no appeal from this Injunction.


IT IS SO ORDERED on _____, 2026


_____
Judge Georgia N. Alexakis

---

[1] "Trade Secrets" means information defined as a trade secret by the Illinois Trade Secrets Act or the Defend Trade Secrets Act ("DTSA").